# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| GEORGE G. KOUSTIS, et al., | ) |
| | ) |
| | ) C.A. No. 1:20-cv-02425-DAP |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| SELECT PORTFOLIO SERVICING, INC., | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF ALYSSA A. SUSSMAN REGARDING CLASS ACTION FAIRNESS ACT NOTICE AND COMPLIANCE WITH NOTICE REQUIREMENTS**

1. I am an attorney with Goodwin Procter LLP, counsel for Defendant Select Portfolio Servicing, Inc. ("SPS") in this matter. I make this declaration based on my personal knowledge.

2. On July 7, 2021, pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715, I served notice of this proposed settlement upon the Attorney General of the United States and the appropriate State officials of the States where at least one class member has a mailing address according to SPS's records.

3. In accordance with 28 U.S.C. § 1715(b), the Notice included a CD with copies of: (1) the Complaint (ECF No. 1); (2) Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Exhibits (ECF No. 23); (3) the proposed preliminary approval order; (4) the proposed form of notice to class members; and (5) the Settlement Agreement and Exhibits.

4. In accordance with 28 U.S.C. § 1715(b), the Notice also included: (1) the names of borrowers SPS identified as class members who reside in each pertinent State as determined from SPS's records and based on its preliminary investigation; and (2) the estimated proportionate share of the claims of borrowers SPS identified as class members in the pertinent State to the entire settlement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on July 8, 2021.

_____
Alyssa A. Sussman

## **CERTIFICATE OF SERVICE**

I, Alyssa A. Sussman, hereby certify that on July 8, 2021, I caused a true and correct copy of the foregoing to be served by electronic means, via the court's CM/ECF system, on all counsel registered to receive electronic notices. There are no known non-CM/ECF participants.

/s/ Alyssa A. Sussman  
Alyssa A. Sussman